# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. KALEEA FOX

CASE NO: 3:23-cr-00051-13-RRB-KFR

---

Defendant KALEEA FOX,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).

- ☐ Paid cash bail in the amount of $ _____

- ☐ Posted unsecured bond in the amount of $ _____

- ☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other: Defendant to be released to a staff member from treatment facility on Wednesday December 20, 2023 no later than 9:00 a.m.

DATED at **Anchorage**, Alaska, this **18th** day of **December, 2023**.

_Kyle Reardon_
Kyle F. Reardon
United States Magistrate Judge

Original & 1 cy to U.S. Marshal